912

No. 6530. Haslam v. United States. C. A. 9th Cir. Certiorari denied.

No. 6542. Nordeste v. United States. C. A. 9th Cir. Certiorari denied.

No. 6546. Reeb v. United States. C. A. 9th Cir. Certiorari denied.

No. 6549. Sullivan v. United States. C. A. 9th Cir. Certiorari denied.

No. 6556. Chapman v. United States. C. A. 5th Cir. Certiorari denied.

No. 6561. Williams v. United States. C. A. 9th Cir. Certiorari denied.

No. 6577. Tanner v. United States. C. A. 10th Cir. Certiorari denied.

No. 6581. Zenchak v. United States. C. A. 6th Cir. Certiorari denied.

No. 6582. Hargrove v. Rundle, Correctional Superintendent. C. A. 3d Cir. Certiorari denied.

No. 6585. Seyfried v. United States. C. A. 7th Cir. Certiorari denied.

No. 6591. Wilson v. United States. C. A. 3d Cir. Certiorari denied.

No. 6595. Martin v. Washington. Sup. Ct. Wash. Certiorari denied.

No. 6596. Carter v. United States. C. A. D. C. Cir. Certiorari denied.